**Sara E. PARKER, Plaintiff—Appellant,**

v.

**HOUSING AUTHORITY OF THE CITY OF RALEIGH, NORTH CAROLINA, Defendant—Appellee.**

No. 04–1318.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 16, 2004.

Sara E. Parker, Appellant pro se. Charles Theophilus Francis, Francis & Austin, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Sara E. Parker appeals the district court's order dismissing her complaint alleging violations of the Fair Housing Act, 42 U.S.C. § 3601 *et seq.* (2000), for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Parker v. Housing Authority*, No. CA–03–414–5–BR (E.D.N.C. Feb. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*